# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **DALE GILLS,** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| -vs- | )   NO. 02-1239-CJP |
| | ) |
| **S. RILEY, C/O HOEHNER, ERICK PLOTT,** | ) |
| **C/O HAMBY, C/O BOWERS, C/O MONTI,** | ) |
| **C/O PEARSON, LORRAINE WOODS,** | ) |
| **JOHN COX, C/O RALOFF, C/O ROLFE,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This case came before this court for jury trial.  The issues have been tried and the jury has rendered its verdict.

Defendant **C/O RALOFF** was terminated by the filing of the Amended Complaint (Doc. 54).

Defendant **LORRAINE WOODS** and **JOHN COX** were granted summary judgment by an Order entered by Judge David R. Herndon on August 8, 2005 (Doc. 73).

Defendants **S. RILEY, C/O HOEHNER, ERICK PLOTT, C/O HAMBY, C/O MONTI, C/O PEARSON,** and **C/O ROLFE**  were granted judgment as a matter of law at the close of plaintiff's case  by Magistrate Judge Clifford J. Proud  on April 18, 2006 (Doc. 89).

A jury verdict was returned in favor of defendant **C/O BOWERS** and against plaintiff **DALE GILLS** on April 19, 2006 (Doc.     ).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **S. RILEY, C/O HOEHNER, ERICK  PLOTT, C/O HAMBY, C/O BOWERS. C/O MONTI, C/O PEARSON LORRAINE WOODS, JOHN COX, C/O RALOFF** and **C/O ROLFE** and

against plaintiff **DALE GILLS**.

      Plaintiff shall take nothing from this action.

**DATED**: April 19, 2006

                                                  **NORBERT G. JAWORSKI,  CLERK**

                                                  **BY: s/Angela Vehlewald**
                                                       **Deputy Clerk**

**Approved by**      **S/Clifford J. Proud**
                 **United States Magistrate Judge**
                         **Clifford J. Proud**